UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAUMAL PUGH,           )<br>                              )<br>      Plaintiff,          )<br>                              )<br>vs.                          )<br>                              )<br>STATE OF NEVADA,   )<br>                              )<br>      Defendant,        )<br>_____) | 2:10-cv-248-RLH-RJJ<br><br><br>O R D E R |

This matter was referred to the undersigned Magistrate Judge on a Motion to Proceed *In Forma Pauperis* (#4).

The Court having reviewed the Motion (#4) finds that it is on a Nevada State form which is not acceptable in this Court. Good cause appearing therefore,

IT IS HEREBY ORDERED that Motion to Proceed *In Forma Pauperis* (#4) is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall have 30 days from the date this Order is entered to file a motion to proceed *in forma pauperis* on the proper form. The Clerk shall send the correct forms to the plaintiff along with a copy of this Order.

DATED this 15th day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge